P.S. I Just Recived New A
New Security Pen From C.I.
Chapter 33-210, 102 (1) prim officer
Now I can write Better (1)
And it says Indigent Supplies
Legal Envelope writting Paper
mail
For courts, Agency, Clerks
Attornneys And Local Aid organization

(1)

6:16-cv-1006-01-37DAB
MAY 30-2016

JERRY A. BEASLEY SR,
DC# 39643
ZEPHyRHills CORRectional
Instution
2739 GALL BOULEVARD
ZEPHyR HILLS, FLA. 33541-
9701

GREETing,
            I JERRY A BEASLEY SR, writting
to give you Some ImFormation
            I9t FRist I will Exphain, Ahh
PAUL HOLCOMBE      And    SARA JARUS
     FAtffer                    mottfer
Hoime PHace is Located in Ewington OHio 45686
Ahh CHilddren And mottfer SARA JARUS HolComB
ARE mentally unstable FROM Birtf
      I fug A Beosly Sr. Did not meet compHonL
Family untill years Later,
walking  I will List WHERE RecordS ARE,
      OHio Department of HealtH
            OFFICE of Vital Statistics
            125 Neilston street
            ColumBus OHio 43215
            PH 614-466-2531
MAILin order
            OHio Department of HealtH, Revenue Room
            246 NortHe HigH Street I st Floor
            P.O, Box 15098
            Columbus, OHio 43215-0098
            614-466 2531

FILED
6/8/16
Date                    Time
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

PROVIDED TO
ZEPHYRHILLS C.I.
ON 5/31/16      (OVER)
FOR MAILING

I. JERRY A BEASLEY would
LIKE CIVIL Rights violation PAPERS
CIVIL Rights ACT
42 U.S.C. SECTION 1983
OF I HAVE to USE IT FOR now HAVING
my WORK ASSINMENT MEDICAL st,
(1) FOR non insulin DEPendant Diebete mulloi
(2) Congestucc HEANT Dieaso
(3) M.R.S.A.
        M                R                    S
MEtHicillin Resistant    StAPHYLococus
                A
        AU RUS
I HAVE PAPERS FROM
ARMOR CORRECTIONAL HEALTH
                        SERVICE INS.
PAitEnt EDUCATION SERIES
tHis is partof Lie in Court if
I DRINK ALL tHE BEER SHE said
I would B DEAD
        ALcccHoL is cut in BEER tHE
Cohorins, FlAVORING PRESERticos EXet.
HADAN FuL
        CLEAR wHisky not VERY BAD
tHEN'S LIKE Gin Any tHing Just PlAin
more Also    WAS on ALL ALie in count    Jury A Beasly
if I can got
out, I will BE Fine now    RespectBully

(11)

FAMILY NAMES CONSIST of AS FOLLOWS

(1)  JOHN FRANKLIN    —    HOLCOMBE
(2)  DONALD           —    HOLCOMBE
(3)  EUGENE           —    HOLCOMBE
(4)  GREGORY "GREG"   —    HOLCOMBE
(5)  BRYAN            —    HOLCOMBE
(6)  KAREN KAY    ⟵———⟶    HOLCOMBE → SSno 281-54-
                                        KKH. 8418
(7)  PENELOPE              HOLCOMBE
(8)  TAMMY          —      HOLCOMBE

OUR SON JERRY ALLAN BEASLEY, II  SSno 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
       WAS BORN IN HOSPITAL IN COLUMBUS OHIO
  DATE of BIRTH FEBUARY (2) two 1975
 I JERRY A BEASLEY SR HAD A SISTER AND BROTHER IN
LAW  BACK THEN on MORSE ROAD EDGE of CITY
       ALSO 1) one BROTHER WORKED IN COLUMBUS
OHIO  BACK THEN.

  ⊕ JERRY A BEASLEY II ~~HAD~~ ~~SSno~~  SSno ████████
 WAS BORN Bi-Polar BUT THE ORIGINAL BEASLEY
FAMILY is FROM NORATH CAROLINA, SORT IN
SOUTH CAROLINA MOTHER SIDE STRICKLAND
    I HAVE DISTANCE RELATIVES IN MOST of
NORTH CAROLINA + TENNESSEE
    FROM FOREST CITY, NC,  SHELBY NC.
SMITH FIELD NC,  FOUR OAKS NC, ROCKY MOUNT.
ALL THE WAY to OCEAN NAGs HEAD (FISHing)

(111)

As You ALL Know, its on Record
KAREN KAY HohCom BEASLEY WAS
cought in A SEXuAL Encounter in
U.A. HospiTAL in FtLEE VA. 23801
with Another Paitent Ch. CHiscum
tHAt JERRY A BEASLEY SR And JERRY A BEASLEY II
MET HE is ALSo Bi-Polen
Next Right AfteR tHAt is WHen tHE hAst
Time I oR WE cought HER iT WAS on VA.
PRoPenty "AutomATic "AnnuLLed" Son And.
I WAS At couRt And Signed PARons YEARS
Ago. NORFOLK VA. 23510 u.s. couRt
EASTERN DisTRict of Virginia
600 GRANBY STREET
NORFOLK, VIRGINIA
VIRGINIA
23510

P3:
Now ALL Im SAying
I's tHEy HAve ME JERRY A BEASLEY SR
in MENtAL HEALtH unit
And iT Go BAck to
GuLf Annx
JERRY A BEASLEY SR
39643 K-1-138 S
699 LKE STEEL Rd
WEWAHitnnKA FLERidA 32465

MR STEVEN EPPS
And
MS R. COX's
Said I WAS getting out too EARly,
I CHEccKE inn FLERidA As You KNEW
notHing on ME At ALL ALSo I get nAmes oR PEoPLE
OucE                          In couRt

I'm hiem
MR STEVE EPPS
I MS COX LiSton
Said tHem ot PHoNE CALL
to Record it
You KNow
ABout Lies
July 15, 2015

IV

I WILL RESPECTFULLY CLOSE

For now,

ONE OTHER THING PLEASE LET

ME Know if you Heard Anything

FROM ~~SEVERU~~ SEVERVILLE TENN. And Rocky top
                                        33178    TENN.

I WAS ASKED By office worker

Last WEEK ... WAS I SURE THAT

I Had PLACE to Live , A And When

I'm Released,

I'm SURE you ALL Know I ~~ALRUY~~
                                    ALReAdy

P.S. I Have PROPERITY IN NC, TENNESSEE 33178
WHEN I
STOP EE        ASHVILLE NC is WHERE I ~~Jerry A Beverly Sr~~
on
Direct  FRIST got my REAL SOCIAL security ~~Started~~
Express
                                                    STARTED
I Have
Letter       You ALL Know About THAT
Stolen
In MOST         And I lived in that ~~AREA~~
TRUST                                ~~AREA~~   AREA
3-Diffout   And WORK ReCords SHOW
Cent                                        PLEASE
Letter I      ~~OPERA~~                        REPLY
Leave
I            OPERAturs Engineers
Have AFFORD
money AFFORD     LOCAL ~~88~~ 926
got on
           AtLAntA GEORgia 30308
~~I Pay~~      And office I used to Live Sig was
I PAYCE &      In Athanta GA
Almost           sandy springs GA
50 yrs            AC WORTH GA           ~~Jerry A Beverly~~
my              mARGEttA GA
MCNor            NORCROSS GA          JERRY A BEVERly
I Have      Another words WHEN I Jerry A Beverly Sr was
Letter       young you worked NO FREE you money
             I started to work Part time
             As Bag Boy At super market
                    1959