UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JERRY A. BEASLEY, SR.**,

      **Plaintiff,**

v.                                  **Case No: 6:16-cv-1006-Orl-37DAB**

**ZEPHYRHILLS CORRECTIONAL INSTITUTION,**

      **Defendants.**

                                  /

## ORDER

THIS CAUSE is before the Court on initial review of the Complaint ("Complaint," Doc. 1) filed by Plaintiff. Plaintiff is incarcerated at the Zephyrhills Correctional Institution and proceeding *pro se*. Plaintiff's allegations are difficult to decipher, but he appears to allege that his constitutional rights were violated under 42 U.S.C. § 1983. The Complaint is written in letter form and not on the form required for use by *pro se* litigants.

As currently written, the Complaint lacks much of the information required in a civil rights complaint. For example, the allegations are vague and conclusory, the liability of each Defendant is not properly set forth, and the historical information concerning Plaintiff's prior federal cases has not been provided.

If Plaintiff chooses to file a civil rights complaint in this Court to address any alleged constitutional violations, he must submit a fully completed civil rights complaint form, and he must submit a copy of the form for each Defendant for service of process.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. Plaintiff's Complaint (Doc. 1) is **DISMISSED** without prejudice.

2. The Clerk is directed to enter judgment and close the case.

3. The Clerk shall send to Plaintiff a civil rights complaint form, a *pro se* packet, and an affidavit of indigency form. If Plaintiff chooses to pursue a civil rights or other action, he may complete and submit the relevant forms. Plaintiff, however, should not place the instant case number on the forms as this case will be closed. The Clerk will assign a separate case number in the event Plaintiff elects to pursue an action.

**DONE** and **ORDERED** in Orlando, Florida on June 13, 2016.



ROY B. DALTON JR.
United States District Judge

Copies furnished to:

Unrepresented Party